IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA SOLIS, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                                  Case No. 2:22-cv-00878-MLG-GBW

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

**ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

United States Chief Magistrate Judge Gregory B. Wormuth filed a notice of Proposed Findings and Recommended Disposition ("PFRD") on October 16, 2025. Doc. 85. This PFRD recommends the Court grant Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement. *Id.* at 3-4; Doc. 83.

During the September 24, 2025, fairness hearing, Judge Wormuth notified the parties they would have the opportunity to object to the PFRD within fourteen days of it being filed or else waive appellate review. Doc. 84; Doc 85. at 3. The parties preemptively agreed to waive the objections period altogether. Doc. 84; Doc. 85 at 3.

The Court finds no reason either in law or fact to depart from Judge Wormuth's proposed findings and recommendations and will adopt the conclusions memorialized in the PFRD.

It is therefore ordered as follows:

1. Judge Wormuth's Proposed Findings and Recommended Disposition, Doc. 85, is adopted in full;

1

2. Plaintiff's Unopposed Motion to Approve Settlement of Class Action, Doc. 83, is granted; and

3. Final judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA